IN ~~E~~ UNITED STATES DISTRICT ~~COURT~~
FOR THE DISTRICT OF ARIZONA

(Tucson-Globe Division)          **CRIMINAL MINUTES**

```
FILED ___ LODGED
___ RECEIVED ___ COPY
        APR 9 1999
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY
```

<u>97</u> / <u>162</u> / <u>03</u>          Date: <u>4-9-99</u>
Yr   Case No.  Dft#

<u>XX</u> Hon. <u>RANER C. COLLINS</u>

USA v. <u>NARCHO</u>              <u>FREDERICK</u>             <u>ALBERT</u>
       Last Name              First Name              Middle Name
DEFENDANT: ___Present   <u>X</u> Not Present   ___Released <u>X</u> Custody ___Writ

Deputy
Clerk: <u>B. Harper</u>         Crt Rptr: <u>B. Harper</u>

U. S. Atty: <u>David Kern</u>           Dft Atty: <u>Heather Williams</u>
                                      <u>X</u>pres   <u>X</u>appt.   ___ret'd
Intrptr: <u>N/A</u>

==================================================================
___Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
   B/W issued, dft to be held without bail

**PROCEEDINGS:**   <u>XX</u> Open Court   _____Chambers   _____Other

<u>Defendant's presence waived. Motion to clarify whether or not the Court intended in imposing its sentence that the defendant get credit for the approximate five motnhs that he was serving his sentence on a revocation of probation out of Maricopa County where he also rejected his release conditions in Tucson, on for hearing. The Court meant to impose the sentence that it imposed and was leaving the computations up to the Bureau of Prisons. At the time of sentence, no comment or intention was made as to whether or not it was to be concurrent or consecutive. The Government stated it's opinion and agreement to the Court. However, the Court has no objection to the defendant getting credit for the five months in question.</u>

Excludable delay purs to 18:3161_____to commence on_____
and terminate on _____

Copies issued: USA/KERN, PO, FPD/WILLIAMS, PSA, RCC

(595)