


LAW OFFICE OF
TRINI ARMENTA
Attorney at Law
422 N. 9th Street
Tucson, AZ 85705
(520) 622-6265
State Bar No. 14723
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) NO:   CR-97-162-TUC-WDB |
| Plaintiff | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| JUAN RODOLFO ZAZUETA | ) |
| | ) |
| Defendant. | ) |
| | ) |

UPON THE forgoing stipulation and good cause appearing;

IT IS HEREBY ORDERED THAT the Judgment and Commitment order date June 26, 1998, should be and is hereby amended to reflect the following:

"This sentence under Case No. CR-97-162-TUC-WDB will be served concurrently with the sentence that the Defendant is presently serving under case number CR-92-119-TUC-WDB."

Dated this 17th day of May, 2004.

*William D. Browning*
Honorable William D. Browning
U.S. District Court Judge

3