JON M. SANDS
Federal Public Defender
HEATHER E. WILLIAMS
Assistant Federal Public Defender
State Bar No. 011356
407 West Congress, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500
heather_williams@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>vs.<br><br>Frederick Albert Narcho,<br><br>             Defendant. | Case № CR 97-162-TUC-RCC/HCE-03<br>Case № CR 98-937-TUC-RCC/HCE<br>Case № CR 06-1183-TUC-RCC/HCE<br><br>**MOTION TO CONTINUE<br>EVIDENTIARY HEARING**<br><br>(1ˢᵗ Request) |

It is expected excludable delay as defined in 18 U.S.C. §3161(h)(8)(A) and (B)(1) and (iv), applicable to Fed.R.Crim.Proc., Rule 32.1(b)(2), will occur as a result of this motion or any order based thereon.

Defendant, FREDERICK ALBERT NARCHO, through Jon M. Sands, Federal Public Defender, by Heather E. Williams, Assistant Federal Public Defender, makes his first request for continuance of the evidentiary hearing set for June 19, 2009 at 9:10 a.m.  The continuance is necessary for the following justifiable reasons:

1.  Defense counsel will be out of district on the presently scheduled hearing date.

2.  Therefore, only a brief continuance is requested.

3.  Assistant United States Attorney Jerry Albert has no objection to the requested continuance.

Based on the above reasons, Defendant asks he be granted a continuance of the

/////

/////

/////

evidentiary hearing.

SUBMITTED: June 12, 2009.

JON M. SANDS
Federal Public Defender

*/s/ Heather E. Williams*
HEATHER E. WILLIAMS
Assistant Federal Public Defender

Copy to:

JERRY ALBERT
Assistant United States Attorney
Tucson, Arizona

DAVID FORSBERG
United States Probation Officer
Tucson, Arizona