PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE
## DISTRICT OF ARIZONA

FILED ___ LODGED ___  
RECEIVED ___ COPY ___

OCT 26 2010

CLERK U S DISTRICT COURT  
DISTRICT OF ARIZONA  
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

Crim. No. 4:97CR00162-001-WDB

RUDOLPH JUAN ZAZUETA

On 02/12/2007 the above named was placed on supervised release for a period of 5 years. He/she has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he/she be discharged from supervised release.

Respectfully submitted,

Georgeanna Adams  
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 25th day of October, 2010.

The Honorable John M. Roll  
United States District Judge